**FILED**
CLERK, U.S. DISTRICT COURT

**8/11/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____SE_____ DEPUTY

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 8  UNITED STATES OF AMERICA *ex rel*. [UNDER SEAL],<br><br>9  Plaintiff[s],<br><br>10  v.<br><br>11  [UNDER SEAL],<br><br>12  Defendant[s]. | No. CV 20-03176-ODW (JPRx)<br><br>ORDER UNSEALING COMPLAINT<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: (1)   STATEMENT OF INTEREST BY THE UNITED STATES REGARDING UNSEALING COMPLAINT; DECLARATION OF FRANK D. KORTUM] |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 TRACY L. WILKISON
Acting United States Attorney
2 ROSS M. CUFF
Assistant United States Attorney
3 Deputy Chief, Civil Fraud Section
FRANK D. KORTUM
4 Assistant United States Attorney
California State Bar No. 110984
5     Room 7516, Federal Building
300 North Los Angeles Street
6 Los Angeles, California 90012
Tel: (213) 894-6841; Fax: (213) 894-7819
7 E-mail: frank.kortum@usdoj.gov

8 Attorneys for the United States of America

9 UNITED STATES DISTRICT COURT

10 FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 WESTERN DIVISION

12 | UNITED STATES OF AMERICA ex rel. | No. CV 20-03176-ODW (JPRx)
ALEX BALEKIAN, M.D. and THE |
13 STATE OF CALIFORINIA, *ex rel.*, | ORDER UNSEALING COMPLAINT
ALEX BALEKIAN, M.D., |
14 | **[LODGED UNDER SEAL PURSUANT**
v. | **TO THE FALSE CLAIMS ACT, 31**
15 | **U.S.C. §§ 3730(b)(2) AND (3)]**
UNIVERSITY OF SOUTHERN |
16 CALIFORNIA and USC CARE | [FILED CONCURRENTLY UNDER
MEDICAL GROUP, INC., | SEAL: (1) STATEMENT OF INTEREST
17 | BY THE UNITED STATES
Defendants. | REGARDING UNSEALING
18 | COMPLAINT; DECLARATION OF
| FRANK D. KORTUM]
19

20

21

22

23

24

25

26

27

28

1    GOOD CAUSE APPEARING, IT IS ORDERED THAT the Complaint filed in

2  this action is unsealed.  IT IS FURTHER HEREBY ORDERED that the following

3  documents shall also be unsealed:

4    1.  The Statement of Interest filed by the United States;

5    2.  The response to the Statement of Interest filed by Relator; and

6    3.  The reply filed by the United States in support of the Statement of Interest.

7  All other documents filed in this action shall remain sealed pursuant to this Court's

8  Order of January 25, 2021.

9    IT IS SO ORDERED.

10

11

 Dated: August 11, 2021

12    _____

UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 11, 2021, I served the [PROPOSED] ORDER UNSEALING COMPLAINT on each person or entity named below by e-mail, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing:  August 11, 2021.  Place of e-mailing:  Los Angeles, California. Person(s) to whom e-mailed:

CHRIS BAKER
cbaker@bakerlp.com
MIKE CURTIS
mcurtis@bakerlp.com
BAKER CURTIS & SCHWARTZ, P.C.
1  California Street, Suite 1250
San Francisco, CA  94111

MITCHELL S. NEUMEISTER
Mitch.Neumeister@insurance.ca.gov
CALIFORNIA DEPARTMENT OF INSURANCE
300 Capitol Mall, Fl. 16
Sacramento, CA  95814

CARLOTTA HIVORAL
carlotta.hivoral@dojca.ca.gov
CALIFORNIA DEPARTMENT OF JUSTICE
1615 Murray Canyon Road, Suite 700
San Diego, CA  92108

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2021, at Los Angeles, California.

Connie Hom

2